**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GURPREET SINGH,<br><br>    Plaintiff,<br><br>    v.<br><br>ELK GROVE POLICE DEPARTMENT, ET AL.,<br><br>    Defendants. | Case No.:  2:23-cv-00647-DJC-CKD (PC)<br><br>**ORDER** |

      On October 10, 2023, Magistrate Judge Carolyn K. Delaney issued an Order and Findings and Recommendations, ECF No. 11, recommending that this action be dismissed without prejudice.  Objections to were due fourteen (14) days after service of said findings and recommendations.  The Clerk of Court mailed the Court's Order and Findings and Recommendations to Plaintiff at his address of record.  On October 24, 2023, the Clerk of Court was notified that the Court's Order was returned as undeliverable.  On December 12, 2023, Plaintiff filed a Notice of Change of Address in another action pending in the Eastern District, case No. 2:23-cv-00237-KJM-KJN (PC).  On December 15, 2023, the Clerk of Court updated Plaintiff's address in this action.

1   Accordingly, the Clerk of Court is hereby DIRECTED to re-serve a copy of the
2  Order and Findings and Recommendations, ECF No. 11, on Plaintiff at his current
3  address.  Within fourteen (14) days after being served with said findings and
4  recommendations, Plaintiff may file written objections with the Court.  The document
5  should be captioned "Objections to Magistrate Judge's Findings and
6  Recommendations."  Plaintiff is advised that failure to file objections within the
7  specified time waives the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>,
8  951 F.2d 1153 (9th Cir. 1991).

9   Plaintiff is reminded that a party appearing <u>in propria persona</u> shall keep the
10  Court and opposing parties advised as to his or her current address.  If mail directed
11  to a plaintiff <u>in propria persona</u> by the Clerk is returned by the U.S. Postal Service, and
12  if such plaintiff fails to notify the Court and opposing parties within sixty-three (63)
13  days thereafter of a current address, the Court may dismiss the action without
14  prejudice for failure to prosecute.  *See* E.D. Cal. L.R. 183(b).

  IT IS SO ORDERED.

Dated:  February 23, 2024            /s/ Daniel J. Calabretta
                                     THE HONORABLE DANIEL J. CALABRETTA
                                     UNITED STATES DISTRICT JUDGE