UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUPREET SINGH,<br><br>            Plaintiff,<br><br>      v.<br><br>ELK GROVE POLICE DEPARTMENT, et al.,<br><br>            Defendants. | No.  2:23-cv-0647 DJC CKD P<br><br><br><br>ORDER |

Plaintiff has filed what the court construes as a request for an extension of time to file objections to the court's October 10, 2023, findings and recommendations.  Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's request for an extension of time (ECF No. 13) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file objections to the court's October 10, 2023, findings and recommendations.

Dated:  March 6, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
sing0647.36