UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURPREET SINGH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ELK GROVE POLICE DEPARTMENT, et al.,<br><br>　　　　　Defendants. | No.  2:23-cv-0647 DJC CKD P<br><br>ORDER |

Plaintiff, a Sacramento County prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 10, 2023, the Magistrate Judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that objections could be filed.  Plaintiff has not filed objections to the findings and recommendations and the time for filing objections has expired.

The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The Magistrate Judge's conclusions of law are reviewed de novo.  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed the file, the Court finds the findings and

recommendations to be supported by the record and by the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 10, 2023, are adopted in full; and

2. This action is dismissed without prejudice.

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **May 2, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

sing0647,jo

2